IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:23-cr-60-1 |
| LAWRENCE FERRELL, | |
| Defendant. | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on or about March 19, 2024, Lawrence Ferrell (the "defendant") entered a plea of guilty to the offense charged in Count One of the above-captioned Indictment, charging a violation of 21 U.S.C. § 846;

WHEREAS, on April 1, 2024, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that the following:

- One (1) gold "Zaza" pendant seized on or about March 17, 2023;
- Four (4) gold "Mom" pendants seized on or about March 17, 2023;
- One (1) gold "Mercedes" pendant seized on or about March 17, 2023;
- One (1) gold Florida shaped pendant seized on or about March 17, 2023; and
- One (1) gold "Dripp" pendant seized on or about March 17, 2023[1]

(hereinafter, the "Subject Property") was property forfeitable to the United States;

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning April

---

[1] In his Plea Agreement, (doc. 153), Lawrence Ferrell agreed to forfeit his interest in $4,647 United States currency seized on or about March 17, 2023, however the asset was administratively forfeited by the United States Postal Inspection Service on December 28, 2023, and is intentionally not included here.

11, 2024, through and including May 10, 2023 (Doc. 167 at 4), and potential third party claimants were notified also (Doc. 168); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Subject Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 21 U.S.C. §§ 853(a) and 881(a), and the Preliminary Order, all right, title, and interest in the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Subject Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Southern District of Georgia shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order.

**SO ORDERED**, this 31st day of July, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA