AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA, | JUDGMENT OF FORFEITURE |
| v. | CASE NUMBER: 4:23-cr-60 |
| LAWRENCE FERRELL | |
| Defendant. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated July 31, 2024, the United States' Motion for Forfeiture of Property is granted regarding the following Subject Property: One (1) gold "Zaza" pendant seized on or about March 17, 2023; Four (4) gold "Mom" pendants seized on or about March 17, 2023; One (1) gold "Mercedes" pendant seized on or about March 17, 2023; One (1) gold Florida shaped pendant seized on or about March 17, 2023; and One (1) gold "Dripp" pendant seized on or about March 17, 2023. All right, title, and interest in the Subject Property is hereby condemned, forfeited, and vested in the United States of America. The United States Marshals Service, or its duly authorized agents and/or contractors are directed to dispose of the Subject Property in accordance with all applicable laws and regulations. The United States District Court for the Southern District of Georgia shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and the Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

Approved by: _____

August 6, 2024 _____    John E. Triplett, Clerk of Court
Date                                                                                    Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020